USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
JAMES O'KEEFE III, :
:
                                Plaintiff, : 1:21-cv-4240-GHW
:
            -against- : ORDER
:
TWITTER, INC., :
:
                             Defendant. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on May 12, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 26, 2021. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: May 13, 2021
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge