AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JAMES O'KEEFE III | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-04240-GHW |
| TWITTER, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff James O'Keefe III.

Date: 05/13/2021

/s/Ronald D. Coleman
*Attorney's signature*

Ronald D. Coleman (NY SBN: 2288835)
*Printed name and bar number*

Dhillon Law Group Inc.
256 5th Avenue, 4th Floor
New York, NY 10001
*Address*

rcoleman@dhillonlaw.com
*E-mail address*

(347) 996-4840
*Telephone number*

(646) 358-8082
*FAX number*