USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JAMES O'KEEFE III, :
:
Plaintiff, : 1:21-cv-4240-GHW
:
-against- : ORDER
:
TWITTER, INC., :
:
Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

Because this matter has been referred to the assigned magistrate judge, the initial pretrial conference scheduled for June 28, 2021 is adjourned.

SO ORDERED.

Dated: May 13, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge