UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'KEEFE III,

      Plaintiff,

-against-

TWITTER, INC.,

      Defendant.

21-CV-4240 (GHW) (BCM)

**ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 6/16/21*

**BARBARA MOSES, United States Magistrate Judge.**

In light of plaintiff's oral stipulation during today's pre-motion conference that plaintiff "will not seek damages in excess of or equal to $75,000 . . . in this court or in state court . . . in connection with this action or any other claim that may be added in this lawsuit," and that the stipulation applies to all damages sought by plaintiff, "includ[ing] punitive damages," defendant shall advise the Court in writing, no later than close of business on **June 18, 2021**, whether it will consent to an order remanding this action to state court.

Dated: New York, New York
       June 16, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**