UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/2021

JAMES O'KEEFE III,

    Plaintiff,

    - against -

TWITTER, INC.,

    Defendant.

Case No. 21-cv-4240 (GHW) (BCM)

**ORDER REMANDING CASE**

## ORDER REMANDING CASE

**WHEREAS**, Plaintiff has stipulated that he will neither seek nor accept damages in excess of $75,000 in this Court or in State court in connection with this action or any other claim that may be added to this lawsuit;

**WHEREAS**, Plaintiff's stipulation applies to all damages sought by Plaintiff, including punitive damages;

**WHEREAS,** in reliance on Plaintiff's stipulation, which was made directly to the Court and upon which this Order is based, Defendant has consented to a remand of this case;

**The Court now hereby orders this action remanded to the Supreme Court of the State of New York.**

The Clerk of Court is directed to remand this case to the Supreme Court of the State of New York without delay and to close this case on the docket of this court.

**IT IS SO ORDERED.**

Dated: June 23, 2021

Hon. GREGORY H. WOODS
United States District Judge